AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reagan, Michael J. | Southern District of Illinois | 07/29/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

750 Missouri Avenue
East St. Louis, IL 62201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Central and Southern Illinois Federal Bar Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 07/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT & T | A | Dividend | K | T | | | | | |
| 2. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 3. Intel Corp | A | Dividend | K | T | | | | | |
| 4. Campbell Soup Co | A | Dividend | J | T | | | | | |
| 5. Hewlett Packard Co | A | Dividend | | | Sold | 10/10/13 | J | B | |
| 6. McKesson Stock | A | Dividend | K | T | | | | | |
| 7. Sysco Co Stock | B | Dividend | K | T | | | | | |
| 8. United Technologies Co Stock | A | Dividend | K | T | | | | | |
| 9. Dominion Res Incorp V A New | B | Dividend | K | T | | | | | |
| 10. Northern Tr Corp | A | Dividend | K | T | | | | | |
| 11. International Business Machines | B | Dividend | | | Sold | 04/22/13 | L | E | |
| 12. Deere & Company | A | Dividend | | | Sold | 10/10/13 | K | D | |
| 13. New York Times | A | Dividend | J | T | | | | | |
| 14. J P Morgan Chase | A | Dividend | J | T | | | | | |
| 15. General Electric Stock | A | Dividend | K | T | | | | | |
| 16. Caterpillar, Inc | B | Dividend | | | Sold | 10/10/13 | K | E | |
| 17. Income Fund of America | C | Dividend | | | Sold | 10/10/13 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 07/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Europacific Growth Fund Mutual Fund | B | Dividend | | | Sold | 10/10/13 | K | E | |
| 19. Washington Mutual Investors Fund Mutual Fund | A | Dividend | | | Sold | 10/10/13 | L | E | |
| 20. Raymond James Bank Deposit Account | A | Interest | M | T | | | | | |
| 21. Capital World Bond Fund | B | Dividend | | | Sold | 10/10/13 | L | A | |
| 22. Kellogg Co | A | Dividend | K | T | | | | | |
| 23. Monsanto Co | A | Dividend | J | T | | | | | |
| 24. Wells Fargo Bank CD | A | Interest | K | T | | | | | |
| 25. First Trust Inerest Rate Hedge 66 | C | Dividend | L | T | Buy | 04/24/13 | L | | |
| 26. IRA #2 - Raymond James Bank Deposit Account | A | Interest | J | T | | | | | |
| 27. Franklin Income Fund | B | Dividend | K | T | | | | | |
| 28. Pimco Income Stgy Fd | A | Dividend | J | T | | | | | |
| 29. Biogen | | None | | | Buy | 05/13/13 | K | | |
| 30. Biogen | | None | | | Sold | 05/17/13 | K | A | |
| 31. Boeing | | None | | | Buy | 07/02/13 | J | | |
| 32. Boeing | | None | | | Sold | 07/19/13 | J | A | |
| 33. Coach Inc | | None | | | Buy | 04/26/13 | J | | |
| 34. Coach Inc | | None | | | Sold | 05/06/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 07/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cost Co | A | Dividend | | | Buy | 04/22/13 | J | | |
| 36. Cost Co | A | Dividend | | | Sold | 05/17/13 | J | A | |
| 37. Disney Walt | | None | | | Buy | 05/06/13 | K | | |
| 38. Disney Walt | | None | | | Sold | 05/17/13 | K | A | |
| 39. Eog Res Inc | A | Dividend | | | Buy | 05/20/13 | J | | |
| 40. Eog Res Inc | A | Dividend | | | Sold | 07/19/13 | J | A | |
| 41. Ener Noc Inc | | None | | | Buy | 05/29/13 | J | | |
| 42. Ener Noc Inc | | None | | | Sold | 06/26/13 | J | A | |
| 43. Facebook Inc | | None | | | Buy | 04/30/13 | J | | |
| 44. Facebook Inc | | None | | | Sold | 04/30/13 | J | A | |
| 45. Genesee & Wyo | | None | | | Buy | 05/06/13 | J | | |
| 46. Genesee & Wyo | | None | | | Sold | 05/13/13 | J | A | |
| 47. Green Mountain Coffee Roasters | | None | | | Buy | 04/22/13 | J | | |
| 48. Green Mountain Coffee Roasters | | None | | | Sold | 05/09/13 | J | A | |
| 49. Manitowoc Inc | | None | | | Buy | 04/25/13 | J | | |
| 50. Manitowoc Inc | | None | | | Sold | 05/07/13 | J | C | |
| 51. Perrigo | | None | | | Buy | 05/13/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 07/29/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Perrigo | | None | | | Sold | 05/17/13 | K | A | |
| 53. Pier 1 Imports | | None | | | Buy | 06/20/13 | J | | |
| 54. Pier 1 Imports | | None | | | Sold | 07/01/13 | J | A | |
| 55. Qualcomm Inc | | None | | | Buy | 03/12/13 | J | | |
| 56. Qualcomm Inc | | None | | | Sold | 05/13/13 | J | A | |
| 57. Quintiles | | None | | | Buy | 05/14/13 | J | | |
| 58. Quintiles | | None | | | Sold | 05/17/13 | J | A | |
| 59. Restoration Hardware | | None | | | Buy | 06/13/13 | J | | |
| 60. Restoration Hardware | | None | | | Sold | 06/14/13 | J | B | |
| 61. Salesforce.com | | None | | | Buy | 05/20/13 | K | | |
| 62. Salesforce.com | | None | | | Sold | 06/04/13 | K | A | |
| 63. Smith & Wesson | | None | | | Buy | 03/25/13 | J | | |
| 64. Smith & Wesson | | None | | | Sold | 05/07/13 | J | A | |
| 65. Starbucks | | None | | | Buy | 03/25/13 | J | | |
| 66. Starbucks | | None | | | Sold | 05/10/13 | J | A | |
| 67. Tesla Motors | | None | | | Buy | 06/21/13 | J | | |
| 68. Tesla Motors | | None | | | Sold | 07/01/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 07/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  3D Systems Corp | | None | | | Buy | 06/27/13 | J | | |
| 70.  3D Systems Corp | | None | | | Sold | 07/01/13 | J | A | |
| 71.  USAA Tax Exempt | A | Dividend | | | Buy | 01/02/13 | J | | |
| 72.  USAA Tax Exempt | A | Dividend | | | Sold | 03/11/13 | J | A | |
| 73.  Wabash Natl Corp | | None | | | Buy | 04/25/13 | J | | |
| 74.  Wabash Natl Corp | | None | | | Sold | 04/30/13 | J | A | |
| 75.  Western Digital | A | Dividend | | | Buy | 03/25/13 | J | | |
| 76.  Western Digital | A | Dividend | | | Sold | 05/10/13 | J | B | |
| 77.  Whole Foods Mkt | | None | | | Buy | 06/14/13 | J | | |
| 78.  Whole Foods Mkt | | None | | | Sold | 06/17/13 | J | A | |
| 79.  Jazz Pharmaceuticals | | None | | | Buy | 06/14/13 | J | | |
| 80.  Jazz Pharmaceuticals | | None | | | Sold | 06/17/13 | J | A | |
| 81.  Agco | | None | | | Buy | 07/16/13 | J | | |
| 82.  Agco | | None | | | Sold | 07/31/13 | J | A | |
| 83.  Xinyuan Real Estate | | None | | | Buy | 04/17/13 | J | | |
| 84.  Xinyuan Real Estate | | None | | | Sold | 05/03/13 | J | A | |
| 85.  AMC Entertainment | | None | | | Buy | 12/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Reagan, Michael J. | 07/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. AMC Entertainment | | None | | | Sold | 12/18/13 | J | A | |
| 87. Alliance Fiber Optic | | None | | | Buy | 12/18/13 | J | | |
| 88. Alliance Fiber Optic | | None | | | Sold | 12/18/13 | J | A | |
| 89. Amgen | | None | | | Buy | 08/26/13 | J | | |
| 90. Amgen | | None | | | Sold | 09/20/13 | J | A | |
| 91. Barrick Gold | | None | | | Buy | 10/29/13 | J | | |
| 92. Barrick Gold | | None | | | Sold | 10/31/13 | J | A | |
| 93. Best Buy | | None | | | Buy | 11/18/13 | J | | |
| 94. Best Buy | | None | | | Sold | 12/05/13 | J | A | |
| 95. Buffalo Wild Wings | | None | | | Buy | 11/01/13 | J | | |
| 96. Buffalo Wild Wings | | None | | | Sold | 11/05/13 | J | A | |
| 97. Conn's Inc | | None | | | Buy | 11/14/13 | J | | |
| 98. Conn's Inc | | None | | | Sold | 12/05/13 | J | A | |
| 99. Costco Wholesale | A | Dividend | | | Buy | 06/17/13 | J | | |
| 100. Costco Wholesale | A | Dividend | | | Sold | 09/09/13 | J | A | |
| 101. Dell Inc | | None | | | Buy | 08/02/13 | J | | |
| 102. Dell Inc | | None | | | Sold | 08/14/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 07/29/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Direxion S & P 500 | | None | | | Buy | 10/16/13 | K | | |
| 104. Direxion S & P 500 | | None | | | Sold | 11/19/13 | K | A | |
| 105. Direxion Sh Small Cap | | None | | | Buy | 12/19/13 | J | | |
| 106. Direxion Sh Small Cap | | None | | | Sold | 12/24/13 | J | A | |
| 107. Direxion Sh Gld Miners | | None | | | Buy | 11/14/13 | J | | |
| 108. Direxion Sh Gld Miners | | None | | | Sold | 11/18/13 | J | A | |
| 109. Direxion Sh Tr Small Cap | | None | | | Buy | 10/16/13 | J | | |
| 110. Direxion Sh Tr Small Cap | | None | | | Sold | 12/11/13 | J | A | |
| 111. Direxion Sh Tr Emerging Mkts | | None | | | Buy | 12/19/13 | J | | |
| 112. Direxion Sh Tr Emerging Mkts | | None | | | Sold | 12/31/13 | J | A | |
| 113. Discover Finl Svcs | | None | | | Buy | 07/29/13 | J | | |
| 114. Discover Finl Svcs | | None | | | Sold | 07/31/13 | J | A | |
| 115. E-Commerce China Dang Dang | | None | | | Buy | 10/16/13 | J | | |
| 116. E-Commerce China Dang Dang | | None | | | Sold | 11/14/13 | J | A | |
| 117. E* Trade Financial | | None | | | Buy | 10/11/13 | J | | |
| 118. E* Trade Financial | | None | | | Sold | 10/24/13 | J | A | |
| 119. Express Scripts | | None | | | Buy | 07/29/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 07/29/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Express Scripts | | None | | | Sold | 08/01/13 | J | A | |
| 121. Ferro Corp | | None | | | Buy | 10/11/13 | J | | |
| 122. Ferro Corp | | None | | | Sold | 10/24/13 | J | A | |
| 123. General Motors | | None | | | Buy | 07/03/13 | J | | |
| 124. General Motors | | None | | | Sold | 08/14/13 | J | A | |
| 125. Gentex Corp | | None | | | Buy | 10/30/13 | J | | |
| 126. Gentex Corp | | None | | | Sold | 12/11/13 | J | A | |
| 127. Good Year Tire | | None | | | Buy | 10/28/13 | J | | |
| 128. Good Year Tire | | None | | | Sold | 10/29/13 | J | A | |
| 129. Hanwha Solarone | | None | | | Buy | 10/07/13 | J | | |
| 130. Hanwha Solarone | | None | | | Sold | 12/30/13 | J | A | |
| 131. J P Morgan Chase | | None | | | Buy | 07/03/13 | J | | |
| 132. J P Morgan Chase | | None | | | Sold | 07/29/13 | J | A | |
| 133. Man Power Group | | None | | | Buy | 10/14/13 | J | | |
| 134. Man Power Group | | None | | | Sold | 10/21/13 | J | A | |
| 135. Medivation Inc | | None | | | Buy | 10/25/13 | J | | |
| 136. Medivation Inc | | None | | | Sold | 11/04/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 07/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Microsoft | | None | | | Buy | 07/24/13 | J | | |
| 138. Microsoft | | None | | | Sold | 07/24/13 | J | A | |
| 139. Micron Technology | | None | | | Buy | 06/21/13 | J | | |
| 140. Micron Technology | | None | | | Sold | 09/03/13 | J | A | |
| 141. Pharmacyclics | | None | | | Buy | 11/04/13 | K | | |
| 142. Pharmacyclics | | None | | | Sold | 11/26/13 | K | B | |
| 143. Pot Belly Corp | | None | | | Buy | 10/07/13 | J | | |
| 144. Pot Belly Corp | | None | | | Sold | 10/07/13 | J | A | |
| 145. Proshares Ultra Short | | None | | | Buy | 10/17/13 | K | | |
| 146. Proshares Ultra Short | | None | | | Sold | 11/21/13 | K | A | |
| 147. Qihoo Tech | | None | | | Buy | 10/28/13 | J | | |
| 148. Qihoo Tech | | None | | | Sold | 10/29/13 | J | A | |
| 149. Synaptics Inc | | None | | | Buy | 10/28/13 | J | | |
| 150. Synaptics Inc | | None | | | Sold | 10/29/13 | J | A | |
| 151. Travel Centers America | | None | | | Buy | 11/12/13 | J | | |
| 152. Travel Centers America | | None | | | Sold | 11/21/13 | J | A | |
| 153. Trina Solar | | None | | | Buy | 07/29/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Trina Solar | | None | | | Sold | 09/03/13 | J | A | |
| 155. Ubiquiti Networks | | None | | | Buy | 11/01/13 | J | | |
| 156. Ubiquiti Networks | | None | | | Sold | 11/08/13 | J | A | |
| 157. Valeant Pharmaceuticals | | None | | | Buy | 11/15/13 | J | | |
| 158. Valeant Pharmaceuticals | | None | | | Sold | 11/21/13 | J | A | |
| 159. Viropharma | | None | | | Buy | 10/25/13 | J | | |
| 160. Viropharma | | None | | | Sold | 11/08/13 | J | A | |
| 161. Xinyuan Real Estate | | None | | | Buy | 05/18/13 | J | | |
| 162. Xinyuan Real Estate | | None | | | Sold | 08/19/13 | J | A | |
| 163. Michael Kors Hold | | None | | | Buy | 11/01/13 | K | | |
| 164. Michael Kors Hold | | None | | | Sold | 12/23/13 | K | A | |
| 165. Ace Limited | | None | | | Buy | 10/16/13 | J | | |
| 166. Ace Limited | | None | | | Sold | 10/18/13 | J | A | |
| 167. Aercap Holdings | | None | | | Buy | 11/18/13 | J | | |
| 168. Aercap Holdings | | None | | | Sold | 12/02/13 | J | A | |
| 169. Deutche Bank Power Sh Gold | | None | | | Buy | 10/01/13 | J | | |
| 170. Deutche Bank Power Sh Gold | | None | | | Sold | 11/21/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code I<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. Achillion Pharma | | None | J | T | Buy | 12/24/13 | J | | |
| 172. Conn's Inc | | None | J | T | Buy | 12/16/13 | J | | |
| 173. Direxion Sh Tr Emerg Mkts | | None | J | T | Buy | 12/19/13 | J | | |
| 174. Hanwha Solarone | | None | J | T | Buy | 10/07/13 | J | | |
| 175. Oasis Petroleum | | None | K | T | Buy | 11/21/13 | K | | |
| 176. Pharmacyclics | | None | J | T | Buy | 12/20/13 | J | | |
| 177. Amphenol Call | | None | J | T | Buy | 12/03/13 | J | | |
| 178. Cincinnati Financial Call | | None | J | T | Buy | 12/24/13 | J | | |
| 179. Facebook Call | | None | J | T | Buy | 11/04/13 | J | | |
| 180. Las Vegas Sands Call | | None | J | T | Buy | 12/09/13 | J | | |
| 181. Apple Calls | | None | | | Buy | 08/06/13 | J | | |
| 182. Apple Calls | | None | | | Sold | 08/12/13 | J | A | |
| 183. Apple Calls | | None | | | Buy | 08/06/13 | J | | |
| 184. Apple Calls | | None | | | Sold | 08/13/13 | J | A | |
| 185. Apple Calls | | None | | | Buy | 07/30/13 | J | | |
| 186. Apple Calls | | None | | | Sold | 08/02/13 | J | A | |
| 187. Apple Calls | | None | | | Buy | 08/15/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 07/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Apple Calls | | None | | | Sold | 09/23/13 | J | A | |
| 189. Apple Calls | | None | | | Buy | 08/14/13 | J | | |
| 190. Apple Calls | | None | | | Sold | 10/21/13 | J | A | |
| 191. Apple Calls | | None | | | Buy | 08/05/13 | J | | |
| 192. Apple Calls | | None | | | Sold | 09/23/13 | J | A | |
| 193. Apple Calls | | None | | | Buy | 08/05/13 | J | | |
| 194. Apple Calls | | None | | | Sold | 08/28/13 | J | A | |
| 195. Apple Calls | | None | | | Buy | 09/10/13 | J | | |
| 196. Apple Calls | | None | | | Sold | 10/23/13 | J | A | |
| 197. Apple Calls | | None | | | Buy | 07/31/13 | J | | |
| 198. Apple Calls | | None | | | Sold | 12/23/13 | J | C | |
| 199. Apple Calls | | None | | | Buy | 08/05/13 | J | | |
| 200. Apple Calls | | None | | | Sold | 10/24/13 | J | C | |
| 201. Apple Calls | | None | | | Buy | 08/05/13 | J | | |
| 202. Apple Calls | | None | | | Sold | 10/28/13 | J | C | |
| 203. Ace Limited Calls | | None | | | Buy | 10/16/13 | J | | |
| 204. Ace Limited Calls | | None | | | Sold | 10/23/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 07/29/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Align Tech Call | | None | | | Buy | 10/10/13 | J | | |
| 206. Align Tech Call | | None | | | Sold | 10/18/13 | J | B | |
| 207. Biogen Idec Call | | None | | | Buy | 11/22/13 | J | | |
| 208. Biogen Idec Call | | None | | | Sold | 12/13/13 | J | A | |
| 209. Cincinnati Financial Call | | None | | | Buy | 10/28/13 | J | | |
| 210. Cincinnati Financial Call | | None | | | Sold | 11/26/13 | J | A | |
| 211. Cliffs Natural Res Call | | None | | | Buy | 10/23/13 | J | | |
| 212. Cliffs Natural Res Call | | None | | | Sold | 10/25/13 | J | A | |
| 213. Ford Motor Call | | None | | | Buy | 10/18/13 | J | | |
| 214. Ford Motor Call | | None | | | Sold | 10/24/13 | J | A | |
| 215. Facebook Call | | None | | | Buy | 10/08/13 | J | | |
| 216. Facebook Call | | None | | | Sold | 10/08/13 | J | A | |
| 217. Facebook Call | | None | | | Buy | 10/18/13 | J | | |
| 218. Facebook Call | | None | | | Sold | 10/21/13 | J | A | |
| 219. Facebook Call | | None | | | Buy | 10/18/13 | J | | |
| 220. Facebook Call | | None | | | Sold | 12/18/13 | J | A | |
| 221. Herbalife Call | | None | | | Buy | 11/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 07/29/2014 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Herbalife Call | | None | | | Sold | 12/02/13 | J | A | |
| 223. Hanwha Solarone Call | | None | | | Buy | 10/07/13 | J | | |
| 224. Hanwha Solarone Call | | None | | | Sold | 12/12/13 | J | A | |
| 225. Lear Corp Call | | None | | | Buy | 10/23/13 | J | | |
| 226. Lear Corp Call | | None | | | Sold | 10/25/13 | J | A | |
| 227. Lennar Corp Call | | None | | | Buy | 12/17/13 | J | | |
| 228. Lennar Corp Call | | None | | | Sold | 12/18/13 | J | B | |
| 229. Netflix.com Call | | None | | | Buy | 08/20/13 | J | | |
| 230. Netflix.com Call | | None | | | Sold | 08/26/13 | J | A | |
| 231. Netflix.com Call | | None | | | Buy | 11/22/13 | J | | |
| 232. Netflix.com Call | | None | | | Sold | 11/26/13 | J | A | |
| 233. Priceline.com Call | | None | | | Buy | 08/26/13 | K | | |
| 234. Priceline.com Call | | None | | | Sold | 09/18/13 | K | A | |
| 235. Priceline.com Call | | None | | | Buy | 08/26/13 | K | | |
| 236. Priceline.com Call | | None | | | Sold | 09/18/13 | K | A | |
| 237. Travelers Co Call | | None | | | Buy | 10/18/13 | J | | |
| 238. Travelers Co Call | | None | | | Sold | 10/22/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 07/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. TRW Automotive Call | | None | | | Buy | 10/25/13 | J | | |
| 240. TRW Automotive Call | | None | | | Sold | 10/28/13 | J | A | |
| 241. Tesla Motors Call | | None | | | Buy | 12/04/13 | K | | |
| 242. Tesla Motors Call | | None | | | Sold | 12/16/13 | K | A | |
| 243. Tesla Motors Call | | None | | | Buy | 12/04/13 | J | | |
| 244. Tesla Motors Call | | None | | | Sold | 12/16/13 | J | B | |
| 245. Tesla Motors Call | | None | | | Buy | 12/10/13 | J | | |
| 246. Tesla Motors Call | | None | | | Sold | 12/16/13 | J | B | |
| 247. Tesla Motors Call | | None | | | Buy | 12/10/13 | K | | |
| 248. Tesla Motors Call | | None | | | Sold | 12/16/13 | K | A | |
| 249. Select Sector Spdr Call | | None | | | Buy | 11/27/13 | J | | |
| 250. Select Sector Spdr Call | | None | | | Sold | 12/18/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reagan, Michael J. | 07/29/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Michael J. Reagan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544